| | Standard Work Week | Scheduled Shift | Actual Shift | Sundays Worked | Total Shifts Worked | Scheduled Hours | Compensated Scheduled OT?, Rate | Unpaid Pre & Post shift hours / shift | Uncompensated Scheduled OT hours / shift | Hourly Rate | OT Rate | Half-time Rate | OT Rate Owed for Scheduled OT Time | Owed OT pay for Scheduled OT shift | Owed OT for pre/post shift work |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jan-16 | Mon - Fri | 7:00 AM - 3:30 PM | 6:00 AM - 5:30 PM | 2 | 23 | 8.5 | No | 3 | 0.5 | $ 24.00 | $ 36.00 | $ 12.00 | $ 36.00 | $ 414.00 | $ 2,484.00 |
| Feb-16 | Mon - Fri | 7:00 AM - 3:30 PM | 6:00 AM - 5:30 PM | | 21 | 8.5 | Yes, 1.5x | 3 | 0 | $ 24.00 | $ 36.00 | $ 12.00 | $ - | $ - | $ 2,268.00 |
| Mar-16 | Mon - Sat | 7:00 AM - 5:30 PM | 6:00 AM - 7:30 PM | 2 | 28 | 10.5 | Yes, 1.5x | 3 | 0 | $ 24.00 | $ 36.00 | $ 12.00 | $ - | $ - | $ 3,024.00 |
| Apr-16 | Mon - Sat | 7:00 AM - 5:30 PM | 6:00 AM - 7:30 PM | | 26 | 10.5 | Yes, 1.5x | 3 | 0 | $ 24.00 | $ 36.00 | $ 12.00 | $ - | $ - | $ 2,808.00 |
| May-16 | Mon - Sat | 7:00 AM - 5:30 PM | 6:00 AM - 7:30 PM | | 26 | 10.5 | Yes, straight time | 3 | 2.5 | $ 24.00 | $ 36.00 | $ 12.00 | $ 12.00 | $ 780.00 | $ 2,808.00 |
| Jun-16 | Mon - Sat | 7:00 AM - 5:30 PM | 6:00 AM - 7:30 PM | | 26 | 10.5 | Yes, straight time | 3 | 2.5 | $ 24.00 | $ 36.00 | $ 12.00 | $ 12.00 | $ 780.00 | $ 2,808.00 |
| Jul-16 | Mon - Sat | 7:00 AM - 5:30 PM | 6:00 AM - 7:30 PM | | 26 | 10.5 | Yes, straight time | 3 | 2.5 | $ 24.00 | $ 36.00 | $ 12.00 | $ 12.00 | $ 780.00 | $ 2,808.00 |
| Aug-16 | Mon - Fri | 7:00 AM - 5:30 PM | 6:00 AM - 7:30 PM | 2 | 25 | 10.5 | No | 3 | 2.5 | $ 24.00 | $ 36.00 | $ 12.00 | $ 36.00 | $ 2,250.00 | $ 2,700.00 |
| Sep-16 | Mon - Fri | 7:00 AM - 5:30 PM | 6:00 AM - 7:30 PM | | 22 | 10.5 | No | 3 | 2.5 | $ 24.00 | $ 36.00 | $ 12.00 | $ 36.00 | $ 1,980.00 | $ 2,376.00 |
| Oct-16 | Mon - Fri | 7:00 AM - 5:30 PM | 6:00 AM - 7:30 PM | | 21 | 10.5 | No | 3 | 2.5 | $ 24.00 | $ 36.00 | $ 12.00 | $ 36.00 | $ 1,890.00 | $ 2,268.00 |
| Nov-16 | Mon - Fri | 7:00 AM - 5:30 PM | 6:00 AM - 7:30 PM | | 22 | 10.5 | No | 3 | 2.5 | $ 24.00 | $ 36.00 | $ 12.00 | $ 36.00 | $ 1,980.00 | $ 2,376.00 |
| Dec-16 | Mon - Fri | 6:00 AM - 3:30 PM | 6:00 AM - 5:30 PM | 2 | 24 | 8.5 | No | 3 | 0.5 | $ 24.00 | $ 36.00 | $ 12.00 | $ 36.00 | $ 432.00 | $ 2,592.00 |
| Jan-17 | Mon - Fri | 7:00 AM - 3:30 PM | 6:00 AM - 5:30 PM | | 22 | 8.5 | No | 3 | 0.5 | $ 25.00 | $ 37.50 | $ 12.50 | $ 36.00 | $ 396.00 | $ 2,475.00 |
| Feb-17 | Mon - Fri | 7:00 AM - 3:30 PM | 6:00 AM - 5:30 PM | | 20 | 8.5 | Yes, 1.5x | 3 | 0 | $ 25.00 | $ 37.50 | $ 12.50 | $ - | $ - | $ 2,250.00 |
| Mar-17 | Mon - Sat | 7:00 AM - 5:30 PM | 6:00 AM - 7:30 PM | 2 | 29 | 10.5 | Yes, 1.5x | 3 | 0 | $ 25.00 | $ 37.50 | $ 12.50 | $ - | $ - | $ 3,262.50 |
| Apr-17 | Mon - Sat | 7:00 AM - 5:30 PM | 6:00 AM - 7:30 PM | | 25 | 10.5 | Yes, 1.5x | 3 | 0 | $ 25.00 | $ 37.50 | $ 12.50 | $ - | $ - | $ 2,812.50 |
| May-17 | Mon - Sat | 7:00 AM - 5:30 PM | 6:00 AM - 7:30 PM | | 27 | 10.5 | Yes, straight time | 3 | 2.5 | $ 25.00 | $ 37.50 | $ 12.50 | $ 12.50 | $ 843.75 | $ 3,037.50 |
| Jun-17 | Mon - Sat | 7:00 AM - 5:30 PM | 6:00 AM - 7:30 PM | | 25 | 10.5 | Yes, straight time | 3 | 2.5 | $ 25.00 | $ 37.50 | $ 12.50 | $ 12.50 | $ 781.25 | $ 2,812.50 |
| Jul-17 | Mon - Sat | 7:00 AM - 5:30 PM | 6:00 AM - 7:30 PM | | 26 | 10.5 | Yes, straight time | 3 | 2.5 | $ 25.00 | $ 37.50 | $ 12.50 | $ 12.50 | $ 812.50 | $ 2,925.00 |
| Aug-17 | Mon - Fri | 7:00 AM - 5:30 PM | 6:00 AM - 7:30 PM | 2 | 25 | 10.5 | No | 3 | 2.5 | $ 25.00 | $ 37.50 | $ 12.50 | $ 37.50 | $ 2,343.75 | $ 2,812.50 |
| Sep-17 | Mon - Fri | 7:00 AM - 5:30 PM | 6:00 AM - 7:30 PM | | 21 | 10.5 | No | 3 | 2.5 | $ 25.00 | $ 37.50 | $ 12.50 | $ 37.50 | $ 1,968.75 | $ 2,362.50 |
| Oct-17 | Mon - Fri | 7:00 AM - 5:30 PM | 6:00 AM - 7:30 PM | | 22 | 10.5 | No | 3 | 2.5 | $ 25.00 | $ 37.50 | $ 12.50 | $ 37.50 | $ 2,062.50 | $ 2,475.00 |
| Nov-17 | Mon - Fri | 7:00 AM - 5:30 PM | 6:00 AM - 7:30 PM | | 22 | 10.5 | No | 3 | 2.5 | $ 25.00 | $ 37.50 | $ 12.50 | $ 37.50 | $ 2,062.50 | $ 2,475.00 |
| Dec-17 | Mon - Fri | 7:00 AM - 3:30 PM | 6:00 AM - 5:30 PM | 2 | 23 | 8.5 | No | 3 | 0.5 | $ 25.00 | $ 37.50 | $ 12.50 | $ 37.50 | $ 431.25 | $ 2,587.50 |
| Jan-18 | Mon - Fri | 7:00 AM - 3:30 PM | 6:00 AM - 5:30 PM | | 23 | 8.5 | No | 3 | 0.5 | $ 26.00 | $ 39.00 | $ 13.00 | $ 37.50 | $ 431.25 | $ 2,691.00 |
| Feb-18 | Mon - Fri | 7:00 AM - 3:30 PM | 6:00 AM - 5:30 PM | | 20 | 8.5 | Yes, 1.5x | 3 | 0 | $ 26.00 | $ 39.00 | $ 13.00 | $ - | $ - | $ 2,340.00 |
| Mar-18 | Mon - Sat | 7:00 AM - 5:30 PM | 6:00 AM - 7:30 PM | 2 | 29 | 10.5 | Yes, 1.5x | 3 | 0 | $ 26.00 | $ 39.00 | $ 13.00 | $ - | $ - | $ 3,393.00 |
| Apr-18 | Mon - Sat | 7:00 AM - 5:30 PM | 6:00 AM - 7:30 PM | | 25 | 10.5 | Yes, 1.5x | 3 | 0 | $ 26.00 | $ 39.00 | $ 13.00 | $ - | $ - | $ 2,925.00 |
| May-18 | Mon - Sat | 7:00 AM - 5:30 PM | 6:00 AM - 7:30 PM | | 27 | 10.5 | Yes, straight time | 3 | 2.5 | $ 26.00 | $ 39.00 | $ 13.00 | $ 13.00 | $ 877.50 | $ 3,159.00 |
| Jun-18 | Mon - Sat | 7:00 AM - 5:30 PM | 6:00 AM - 7:30 PM | | 26 | 10.5 | Yes, straight time | 3 | 2.5 | $ 26.00 | $ 39.00 | $ 13.00 | $ 13.00 | $ 845.00 | $ 3,042.00 |
| Jul-18 | Mon - Sat | 7:00 AM - 5:30 PM | 6:00 AM - 7:30 PM | | 26 | 10.5 | Yes, straight time | 3 | 2.5 | $ 26.00 | $ 39.00 | $ 13.00 | $ 13.00 | $ 845.00 | $ 3,042.00 |
| Aug-18 | Mon - Fri | 7:00 AM - 5:30 PM | 6:00 AM - 7:30 PM | 2 | 25 | 10.5 | No | 3 | 2.5 | $ 26.00 | $ 39.00 | $ 13.00 | $ 39.00 | $ 2,437.50 | $ 2,925.00 |
| Sep-18 | Mon - Fri | 7:00 AM - 5:30 PM | 6:00 AM - 7:30 PM | | 20 | 10.5 | No | 3 | 2.5 | $ 26.00 | $ 39.00 | $ 13.00 | $ 39.00 | $ 1,950.00 | $ 2,340.00 |
| Oct-18 | Mon - Fri | 7:00 AM - 5:30 PM | 6:00 AM - 7:30 PM | | 23 | 10.5 | No | 3 | 2.5 | $ 26.00 | $ 39.00 | $ 13.00 | $ 39.00 | $ 2,242.50 | $ 2,691.00 |
| Nov-18 | Mon - Fri | 7:00 AM - 5:30 PM | 6:00 AM - 7:30 PM | | 7 | 10.5 | No | 3 | 2.5 | $ 26.00 | $ 39.00 | $ 13.00 | $ 39.00 | $ 682.50 | $ 819.00 |
| | | | | | | | | | | | | TOTAL | | $ 33,299.50 | $ 92,974.50 |

| | | |
|---|---|---|
| TOTAL | $ | 126,274.00 |
| INTEREST | $ | 10,101.92 |
| LIQUIDATED | $ | 272,751.84 |